UNITED STATES DISTRICT COURTS
FOR THE DISTRICT OF COLUMBIA

Prince Logan Bradley Lake, ex rel.
LOGAN BRADLEY LAKE,
              Plaintiff.

V.

UNITED STATES
JANUARY 6TH SELECT COMMITTEE
REP. Bennie Thompson,
Donald J. Trump,
              Defendants.

Case: 1:22-cv-00264
Assigned To : Unassigned
Assign. Date : 1/31/2022
Description: Pro Se Gen. Civ. (F-DECK)

CAUSE NO. _____

## COMPLAINT

BE IT KNOWN BY THESE PRESENTS COMES NOW INTO COURT(S), by the Plaintiff, as One of the American People, Prince Logan Bradley Lake, Pro per, in rem lay impropriation nature, and files this COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code, with particularity states:

I. PARTIES:

A. Plaintiff's Party: Christian Republican
Prince Logan Bradley Lake or Mr. Lake
Ind. Dept. of Correction NO. 219572
1 PARK ROW STREET
MICHIGAN CITY, IN 46360-6597

B. Defendant's Parties:

UNITED STATES
JANUARY 6TH SELECT COMMITTEE
REPRESENTATIVE Bennie Thompson, Congressman
Congress 115th, Capitol Building
WASHINGTON, DC 20515

U.S. Attorney General
Merrick Garland and/or Deputy
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20530

U.S. Attorney for the District of Columbia
501 THIRD STREET, N.W.         555 FOURTH STREET, N.W.
WASHINGTON, DC 20001    or    WASHINGTON, DC 20530
(for hand delivery)             (for mail delivery)

                    and

Donald J. Trump
1100 South Ocean Blvd.   =(last known internet address)
Palm Beach, FL 33480

II. STATEMENT OF CLAIM:

Mr. Lake has mailed an document or instrument to the U.S. CLERK OF THE HOUSE, addressed to the January 6TH Select Committee Chairman, Mr. Thompson. Whom silence Non-Response equated to fraud. Where there is a Art. 1, §8, legal or moral good of the nation, is not only the constitutional

right, but the 1933 bankruptcy act commissioned duties, intrusted to Congress to see to voter intercourse among the States, against Mr. Trump's Security fraud on January 6th, 2021, that needs Congressional referral to the U.S. Attorney General. That now needs an constitutional Judicial review as a matter of law due to Congressional inquiry left unanswer is "Intentionally misleading".

The U.S. Supreme Court has stated in 1974 that "in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct ... has no power to impart to him any immunity from responsibility to the supreme authority of the United States" and in 1793 that "constitution provision so with resident aliens/U.S. citizens/taxpayers of the District of Columbia who are subject to any legislation Congress may impose on them".

Donald J. Trump Security fraud acts on January 6th, 2021, as a trespasser of the Congress enacted 1933 bankruptcy act that have placed the President officially in a fiduciary position to keep the Checks and balances thereto will discharge the Powers and Art. II, §1, Cl. 3, constitutional duties of the United States under its Art. II, §1, Cl. 8, for an peaceful transfer of Office right that has never surrendered by the people. Mr. Trump had an affirmative Oath of Office to the constitution as President to uphold and maintain our Constitutional form of government under the people's authority that have waived any kind of executive privilege in relation to Mr. Trump.

What made it constitutional security fraud is that the President is bonded as the People's trustee over the Public TRUST of the United States and is responsible whether or not the People understands Mr. Trump's fraud thereto his falsehoods election trust issue claims illegally. Fraud in its elementary common law sense of deceit includes the deliberate concealment of material

election information in a setting of fiduciary obligation. Whereby, Mr. Trump as a public official is a fiduciary President toward the public rallygoers at the "Stop the Steal" rally on January 6, 2021, and told lies about election fraud! then directed them to go to the Capitol and "fight" for their/our country. He deliberately concealed the material information of actual elections results from rallygoers he is guilty of fraud constitutionally under Ashwonder Rule.

This is Mr. Trump's inability to discharge the Powers and duties of the said Office, caused by his fault to keep the election accounts in balance via the debt of this Court's January 6th rallygoers costs and fees, but not limited to damages of the Capitol and its Officers. In the interest of justice for all in securing judicial review thereto these constitutional matters at question under assertions of executive privilege and the debt balance caused by Mr. Trump fueled the rallygoers' insurrection of the Capitol. That have made Mr. Trump legally liable for all and any damages, as a matter of law, unless he can testify under the penalty of perjury to the actual evidence he had that document election fraud on January 6th, 2021, til present day and placed into the record. Otherwise, this is a crime of conspiracy against election rights under constitution deprivation of Voter Rights under color of law that requires the United States action against Donald J. Trump for his past actions and on going national security threat to the Constitution and Our Nation's democracy. These disruption of the Electoral College proceedings before Congress are illegal actions against the Constitution unlawfully. "PERIOD"

Federal Question: Is anyone above the law and constitution to have the President and other Public official activities such falsehoods violated manner against the commerce clause thwart the regulatory power granted to Congress?

III. RELIEF:

In the interest of "justice for all", I pray and wish for the Court to have an ORDER ISSUED for the elimination of any/all assertion of Donald J. Trump executive privilege in relation thereto January 6th, 2021; Archives to release the 700 pages thereto record(s) to Congress; have Donald J. Trump pay all/any costs, fees, injuries and damages thereto all the January 6th rallygoers court cases, capitol building and its officers; with any/all right, just, fair and such equitable RELIEF within these premises of this COMPLAINT. "PERIOD"

### CERTIFICATION

I declare by signing this Complaint, that I certify to the truth stated in this Complaint are true, correct, accurate and complete, not misleading to the best of My knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 15th day of December in the year of Our Lord's 2021.

Without Prejudice,
/S/By: _Logan Bradley Lake_, Prince
Prince Logan Bradley Lake© a/d/b Plaintiff, Pro per
Indiana DOC Number #219572
℅ 1 PARK ROW STREET
   MICHIGAN CITY, IN 46360-6597

## CERTIFICATE OF SERVICE

I hereby certify that a true, accurate and correct copy of the foregoing "Appearance Form", "COMPLAINT" and "Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge", in accordance with Fed. R. of Civ. P. Rule 5, was served by Certified Mail, postage prepaid by "REQUEST FOR REMITTANCE" on this 20th day of January, 2021, upon:

1. U.S. Attorney General, Merrick Garland, 950 Pennsylvania Avenue, N.W., Washington, DC 20530

2. U.S. Attorney for the District Of Columbia, 555 Fourth Street, N.W., Washington, DC 20530

3. U.S. Clerk of The House, January 6th Select Committee, Rep. Bennie Thompson, Congress 115th, Capitol Building #H154, Washington, DC 20515

4. Donald J. Trump, 1100 South Ocean Blvd. Palm Beach, FL 33480

LOGAN BRADLEY LAKE #219572
Without Prejudice,

/S/ By: Logan Bradley Lake, Prince
Prince Logan Bradley Lake a/d/b Plaintiff
℅ 1 PARK ROW STREET
MICHIGAN CITY, IN 46360-6597

6 of 6

APPEARANCE FORM (CIVIL)
Prince Logan Bradley Lake
LOGAN BRADLEY LAKE

RECEIVED Mail Room
JAN 31 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

CASE NUMBER:

I. Defendants: UNITED STATES
JANUARY 6TH SELECT COMMITTEE
Rep. Bennie Thompson
Donald J. Trump

II. Civil Rights Act of 1963, Case Type of Civil Qui tam Action proceeding in forma pauperis, that shall be set for Jury Trial Demanded by Plaintiff.

III. Plaintiff Claimant Information:
#219572, Logan B. Lake         Phone N/A
1 Park Row Street              FAX N/A
Michigan City, IN 46360-6597   Computer N/A

IV. Plaintiff Claimant Will NOT ACCEPT Service by FAX. "PERIOD"

V. Prophetic Spirit Prince Logan Bradley Lake lay impropriation Writ of Attachment of The Body Use of The Issued Layperson holding a benefice or other spiritual impropriation title whether Individual or Corporate, under Bankruptcy equitable-benefit doctrine, that have granted Mr. Lake preferred status to claims for service rendered by LOGAN BRADLEY LAKE other than Agent Bankruptcy Officer(s), in accordance with Corpus Juris Secundum Bankruptcy Section 255 and Second Corinthians 5:20 Ecclesiastical Law instituted for peace, safety and well-being place of worship mode nature.

Authority: Romans 2:15 Ecclesiastical Law Freedom of Religious Conscience declared by the constitutional First Amendment Bill of Rights (1791) of the Great Commission Grantor Trust of Our Christian American life for the Book of Life Quasi-Religious Laws Unity In God We the People Trust.
YOU HAVE BEEN GIVEN FIRST CORINTHIANS 2:16 TIMELY NOTICE AND TRIAL DEMAND IN MATTHEW 25:21 GOOD FAITH UCC 1-201(20) WITHOUT PREJUDICE.

CASE NO. _____    Date: January 20th, 2022

## NOTICE

You the Clerk of Court, in accordance with Fed. R. of Civ. P. R.65.1, and Corpus Juris Secundum Courts § 236 and Corporation § 470, the Court is the Clerk/Agency Rep. whom is Plaintiff's irrevocable Agent defensely with its responsible for this Complaint with the court's clerk or deputy clerk Summons charge of official correspondence, filing papers, issuing process, and keeping records of court proceedings, individual and corporate, but not limited is required to provide immediate notice of any judgment to all parties list. This is supported by the U.S. District Court Pro Se PRISONER Handbook Instructions for filing a civil action on your own behalf states: (FRCP. Rule 4)

On Page 8: F. The Summons:

    a. If you are planning to file an application to proceed in forma pauperis, you do not need to provide summons. Preparation of summons will be the responsibility of the Clerk's Office and service will be effected by the U.S. Marshal, upon direction of the judge.

WE do hereby direct the Clerk's to service thereto Defendants named in the complaint with an SUMMONS with this Complaint attached thereto the address or otherwise to their party and file an ORDERED IN A CIVIL ACTION of U.S. Marshal Service upon Defendants list on pages 1-2. As a matter of Law, Please send Me proof thereto Summons served upon Defendant(s), mailed to Me. YOU HAVE BEEN GIVEN TIMELY NOTICE AND DEMAND. "PERIOD"

IDOC# 219572
Prince Logan Bradley Lake©; Plaintiff
1 PARK ROW STREET
MICHIGAN CITY, IN 46360-6597


RECEIVED Mail Room
JAN 31 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

COVER PAGE